```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
GREEN STAR ENERGY SOLUTIONS, LLC,                                  :
                                                                   :
                        Plaintiff,                                 :
                                                                   :        21-cv-2682 (LJL)
        -v-                                                        :
                                                                   :            ORDER
                                                                   :
EDISON PROPERTIES, LLC, EDISON                                     :
CONSTRUCTION MANAGEMENT, LLC,                                      :
UA BUILDERS CORP., PASQUALE SURIANO,                               :
and JOE PIPIA,                                                     :
                                                                   X
                        Defendants.

-----------------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2022

LEWIS J. LIMAN, United States District Judge:

      Pursuant to the case management plan in this case, *see* Dkt. No. 36, fact discovery is to be concluded by February 25, 2023.  The Court will hold a status conference on March 10, 2023 at 2:00 p.m.  No later than seven days before the conference, the parties shall submit a letter addressing the topics set forth at paragraph 11 of the Court's standard case management plan, available on the Court's website https://www.nysd.uscourts.gov/hon-lewis-j-liman.

      SO ORDERED.

Dated: October 28, 2022
       New York, New York
                                                    LEWIS J. LIMAN
                                          United States District Judge