UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
GREEN STAR ENERGY SOLUTIONS, LLC,            :
:
Plaintiff,            :
:                 21-cv-2682 (LJL)
-v-                               :
:                     ORDER
:
EDISON PROPERTIES, LLC, EDISON               :
CONSTRUCTION MANAGEMENT, LLC,                :
UA BUILDERS CORP., PASQUALE SURIANO,         :
and JOE PIPIA,                                :
X
Defendants.

---------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

    The unopposed motion of Cox Padmore Skolnik & Shakarchy, LLP to withdraw as counsel for plaintiff Green Star Energy Solutions, LLC ("Plaintiff") is granted under Local Rule 1.4 and the case is stayed until January 13, 2023 for Plaintiff to obtain new counsel. The Court will hold a telephonic status conference on that date at 3:00 p.m. The parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101. Plaintiff is advised that a corporation cannot appear pro se in federal court and that failure of Plaintiff to appear through counsel may result in the dismissal of the complaint for failure to prosecute.

    SO ORDERED.

Dated: December 2, 2022
       New York, New York
                                        LEWIS J. LIMAN
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/2/2022